IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| **FUTURE FIELD SOLUTIONS, LLC,** *et al.* ) | |
| ) | |
| Plaintiffs/Counterclaim Defendants, ) | |
| ) | Case No. 1:23-cv-01301-DKC |
| v. ) | |
| ) | |
| **ERIK VAN NORSTRAND** ) | |
| ) | |
| Defendant/ Counterclaim Plaintiff ) | |

**DEFENDANT/COUNTERCLAIM PLAINTIFF'S MOTION FOR PRELIMINARY
INJUNCTION AND REQUEST FOR HEARING**

Defendant/Counterclaim-Plaintiff, ERIK VAN NORSTRAND ("**Defendant**" or "**Van Norstrand**"), by and through undersigned counsel, Shulman, Rogers, Gandal, Pordy & Ecker, P.A., pursuant to Federal Rule of Civil Procedure 65, moves this Court to enter a Preliminary Injunction and other equitable relief against Plaintiffs/Counterclaim-Defendants FUTURE FIELD SOLUTIONS, INC. ("**FFS**" or "**Company**"), STEVEN REESE ("**Reese**"), JAMES C. BRENT, SR. ("**Brent**") and BRIAN TUNSON ("**Tunson**") (collectively, "**Plaintiffs**"). In support thereof, Van Norstrand states as follows:

1. As described in greater detail in the attached Memorandum in Support of the Motion for Preliminary Injunction, which is adopted and incorporated fully herein, in November 2022, Plaintiffs gained unauthorized access to Van Norstrand's legacy personal Google account.

2. After hacking into Van Norstrand's account, Plaintiffs read, downloaded, organized, and disseminated to third parties Van Norstrand's personal, confidential information. Plaintiffs also took sole and exclusive control of Van Norstrand's legacy personal Google account by changing the password, leaving Van Norstrand unable to log in and have any control over his account and

1

private information.

3. Plaintiffs' unauthorized and illegal actions will result in the deprivation of Van Norstrand's personal information and property and cause irreparable harm.  Plaintiffs' actions are not protected and are contrary to the public interest.  The balancing of the necessary factors weighs heavily in favor of granting Van Norstrand a preliminary injunction against Plaintiffs in order to return control and access of Van Norstrand's legacy personal Google account back to him and to protect from any further disclosure of Van Norstrand's personal, private and confidential information.

4.  Despite good faith efforts, Plaintiffs would not consent and object to the relief requested.

5.  Pursuant to Local Rule 105.6, Van Norstrand requests a hearing on this issue.

WHEREFORE, Defendant respectfully requests that the Court grant the Motion, enter the proposed preliminary injunction, enjoining Plaintiffs from further any further accessing or publicizing Van Norstrand's personal Google account, requiring Plaintiffs to turn the account back over to Van Norstrand's sole control, providing an accounting of any information or document that Plaintiffs copied, printed, published, deleted, moved, or otherwise altered,  precluding Plaintiffs from storing, using, or otherwise disclosing any further any of Van Norstrand's personal information obtained from his personal Google account, and entering such other and further relief that it deems just and appropriate until the trial of this matter.

        Respectfully submitted,

        SHULMAN, ROGERS, GANDAL
         PORDY & ECKER, P.A.

By:      */s/ William B. Schroeder*
        Glenn C. Etelson, Bar No. 06760
        getelson@shulmanrogers.com
        William B. Schroeder, Bar No. 13664
        wschroeder@shulmanrogers.com
        Victoria D. Tinker, Bar No. 30675
        vtinker@shulmanrogers.com
        12505 Park Potomac Avenue
        Sixth Floor
        Potomac, MD 20854
        (301) 230-5200
        (301) 230-2891 (facsimile)
        *Attorneys for Defendant/Counterclaim Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 26th day of July 2023, a copy of the foregoing was served via the Court's PACER System and/or electronic mail on the following individual(s):

Seth C. Berenzweig, Esq.
Clyde E. Findley, Esq.
Berenzweig Leonard, LLP
8300 Greensboro Drive, Suite 1250
McLean, VA  22102
Attorneys for Plaintiffs / Counterclaim Defendants

                */s/ William B. Schroeder*
                William B. Schroeder