```
                  IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF MARYLAND
```

FUTURE FIELD SOLUTIONS, LLC,  :
et al.                        :
                              :
    v.                        :    Civil Action No. DKC 23-1301
                              :
ERIK VAN NORSTRAND            :
                              :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 23rd day of January, 2026, by the United States District Court for the District of Maryland, ORDERED that:

1. The motion to keep sealed and redact exhibits filed by Counterclaim Plaintiff Erik Van Norstrand (ECF No. 171) BE, and the same hereby IS, GRANTED in part as to ECF No. 75, and DENIED in part as to ECF Nos. 76 and 92;

2. The Clerk is directed to unseal ECF Nos. 76 and 92;

3. The motion for summary judgment filed by Third-Party Defendant PeriArchon (ECF No. 235) BE, and the same hereby IS, GRANTED;

4. Judgment BE, and the same hereby IS, ENTERED in favor of Third-Party Defendant PeriArchon and against Third-Party Plaintiff Erik Van Norstrand on all counts in the Third-Party Complaint;

5. The motion to enforce the joint stipulation of dismissal with prejudice of Counts XIV and XVI filed by Counterclaim

Defendants James C. Brent, Sr., Steven Reese, and Brian Tunson (ECF No. 236) BE, and the same hereby IS, GRANTED;

6.  Counts XIV and XVI of the Counterclaim are DISMISSED WITH PREJUDICE;

7.  The motion for summary judgment filed by Counterclaim Defendants James C. Brent, Sr., Steven Reese, and Brian Tunson (ECF No. 237) BE, and the same hereby IS, GRANTED in part with respect to Counts III-XIII, XV, and XVII-XVIII of the Counterclaim, and DENIED in part with respect to Counts II, XIV, and XVI of the Counterclaim;

8.  The motion to strike Counterclaim Defendants James C. Brent, Sr., Steven Reese, and Brian Tunson's and Third-Party Defendant PeriArchon's motions for summary judgment filed by Counterclaim Plaintiff Erik Van Norstrand (ECF No. 241) BE, and the same hereby IS, DENIED;

9.  The motion for summary judgment filed by Counterclaim Plaintiff Erik Van Norstrand (ECF No. 247) BE, and the same hereby IS, DENIED;

10. Judgment BE, and the same hereby IS, ENTERED in favor of Counterclaim Defendants James C. Brent, Sr., Steven Reese, and Brian Tunson and against Counterclaim Plaintiff Erik Van Norstrand on Counts III-XIII, XV, and XVII-XVIII of the Counterclaim;

11. The motion to preclude consideration of new arguments raised for the first time in Erik Van Norstrand's reply (ECF No. 273, in part) BE, and the same hereby IS, GRANTED;

12. The Request for Order to Show Cause filed by Counterclaim Defendants James C. Brent, Sr., Steven Reese, and Brian Tunson (ECF No. 273, in part) BE, and the same hereby IS, DENIED without prejudice;

13. The motion for leave to file sur-reply filed by Erik Van Norstrand (ECF No. 276) BE, and the same hereby IS, DENIED;

14. The remaining claims asserted by Plaintiff Future Field in Counts IV and VI of the Complaint BE, and the same hereby ARE, DISMISSED;

15. Counterclaim Defendant Future Field is ordered to SHOW CAUSE within 21 days why default should not be entered on the counts asserted against Future Field in the Counterclaim; and

16. The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties and to Future Field through its wind-up member, James C. Brent, Sr., and its wind-up counsel, Joyce Kuhns.

                                                  /s/
                                  DEBORAH K. CHASANOW
                                  United States District Judge